EAST BATON ROUGE PARISH  Case 3:20-cv-00569-SDD-EWD   Document 1-2   08/26/20   Page 1 of 14
Filed Jul 02, 2020 3:17 PM
Deputy Clerk of Court
E-File Received Jul 02, 2020 2:54 PM

697621
23

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, Section 13, Louisiana Supreme Court General Administrative Rules

The civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: Edward Roberts

vs.

Progressive Select Ins. Co., et al

Court: 19th

Docket Number: 697621 SEC 23

Parish of Filing: EBR

Filing Date: _____

Name of Lead Petitioner's Attorney: Ryan J. Chenevert / Fletcher, Roy + Chenevert

Name of Self-Represented Litigant: _____

Number of named petitioners: 1

Number of named defendants: 3

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [x] Auto: Personal Injury
- [ ] Auto: Property Damage
- [ ] Auto: Wrongful Death
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Property Damage
- [ ] Asbestos: Personal Injury/Death
- [ ] Product Liability
- [ ] Premise Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Property Damage
- [ ] Intentional Wrongful Death
- [ ] Unfair Business Practice
- [ ] Business Tort
- [ ] Fraud
- [ ] Defamation
- [ ] Professional Negligence
- [ ] Environmental Tort
- [ ] Medical Malpractice
- [ ] Intellectual Property
- [ ] Toxic Tort
- [ ] Legal Malpractice
- [ ] Other Tort (describe below)
- [ ] Other Professional Malpractice
- [ ] Redhibition
- [ ] Maritime
- [ ] Class Action (nature of case)
- [ ] Wrongful Death
- [ ] General Negligence

Please briefly describe the nature of the litigation in one sentence of additional detail:

following too close

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Ryan J. Chenevert

Signature: _____

Address: 660 Gov't St, Baton Rouge, La 70802

Phone Number: 225-888-8000

E-mail address: rchenevert@fletcherandray.com

EXHIBIT A

EAST BATON ROUGE PARISH
Filed Jul 02, 2020 3:17 PM
Deputy Clerk of Court
E-File Received Jul 02, 2020 2:54 PM

C-697621
23

Case 3:20-cv-00585-SDD-EWD   Document 1-2   08/26/20   Page 2 of 14

ELWARD ROBERTS

VERSUS

PROGRESSIVE SELECT INSURANCE
COMPANY, ET AL

SUIT NO.: **697621** SECTION **23**

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes plaintiff, ELWARD ROBERTS, a major domiciliary of the State of Louisiana who respectfully presents his claims for damages for personal injuries as follows:

1.

Made defendants herein are the following:

A. **PROGRESSIVE SELECT INSURANCE COMPANY,** or in the alternative an affiliate thereof, a domestic insurance company authorized to do business and doing business in the State of Louisiana which has appointed as its agent for service of process of lawsuits against it in this state, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

B. **RAFAEL GARCIA**, a major domiciliary of the State of Florida, who can be served via Louisiana Long Arm Statute at 3433 Cardinal Place, Chipley, Florida 32428; and

C. **GEICO CASUALTY COMPANY**, or in the alternative and affiliate thereof (as Underinsured motorist insurer of ELWARD ROBERTS), a foreign insurance company authorized to do business and doing business in the State of Louisiana which has appointed as its agent for service of process of lawsuits against it in this state, the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, Louisiana 70809.

Plaintiff alleges and shows that defendants herein are indebted jointly, severally and in solido unto Plaintiff for such compensatory and reasonable damages as may be permitted under Louisiana law relative to the facts and circumstances of this case, together with judicial interest thereon at the maximum legal rate from date of judicial demand until paid, and for all costs of these proceedings for the reasons set forth hereinafter.

2.

On or about August 1, 2019 at approximately 5:13 p.m., petitioner ELWARD ROBERTS was driving a 2013 Ram 10000 eastbound in the 400 block

I-10 near Washington Avenue in Baton Rouge, East Baton Rouge Parish, Louisiana.

3.

On the same date and time as previously mentioned in paragraph 2 above, defendant RAFAEL GARCIA was driving a 2017 Mitsubishi Outlander eastbound on I-10 immediately behind petitioner's vehicle in Baton Rouge, East Baton Rouge Parish, Louisiana.

4.

While petitioner was safely and lawfully travelling eastbound on I-10, suddenly and without any warning whatsoever defendant RAFAEL GARCIA was following too closely, failed to maintain proper control of his 2017 Mitsubishi Outlander and caused a collision with Petitioner's vehicle causing injuries and damages to petitioner ELWARD ROBERTS.

5.

Upon information and belief, petitioner ELWARD ROBERTS did nothing whatsoever to cause the accident.

6.

A direct and proximate cause of the aforedescribed accident at issue and resulting personal injuries suffered by petitioner ELWARD ROBERTS was the recklessness, carelessness, negligence, and fault of defendant/tort-feasor RAFAEL GARCIA, which negligence consisted of the following non-exclusive acts and/or omissions:

    a.    Failing to keep a proper lookout and being inattentive;

    b.    Failing to maintain proper control of the vehicle he was operating;

    c.    Following too closely;

    d.    Driving carelessly and recklessly;

    e.    Failing, generally, to exercise a degree of care commensurate with the existing circumstances at the time of the accident; and,

    f.    Any and all other acts of negligence which will be demonstrated through discovery and/or at trial of this matter.

7.

Upon information and belief, at all material times herein, defendant PROGRESSIVE SELECT INSURANCE COMPANY, or in the alternative an affiliate thereof, including but not limited to any of the PROGRESSIVE group of insurance companies, provided liability insurance coverage to defendant RAFAEL GARCIA as a defined insured and there was in force and in effect a policy of automobile liability insurance covering and insuring the negligent acts of RAFAEL GARCIA for the acts of the kind and nature asserted herein.

8.

As a direct result of the accident described above petitioner ELWARD ROBERTS suffered personal injuries and said injuries have required continued medical treatment and have caused petitioner ELWARD ROBERTS to incur past and future medical expenses and to suffer past and future physical pain and suffering, past and future mental anguish pain and suffering, potential for permanent disability, loss of enjoyment of life, economic loss, loss of economic capacity, and other losses, all of which entitle petitioner ELWARD ROBERTS to the recovery of such damages as are reasonable in the premises.

9.

Upon information and belief, petitioner ELWARD ROBERTS reasonably believes that his claims will exceed the jurisdictional limits, exclusive of court costs and interest.

10.

Pursuant to the Louisiana Code of Civil Procedure, art. 1423, et seq., petitioners are entitled to a certified copy of any insurance policies issued to RAFAEL GARCIA for the claims made by petitioners herein. Petitioner herein request a certified copy of any and all such policies of insurance within thirty (30) days of service of the Petition upon them.

11.

Upon information and belief, defendant GEICO CASUALTY COMPANY, or in the alternative an affiliate thereof, had issued to ELWARD ROBERTS, and there was in force and in effect, a policy of automobile liability insurance

providing among other things Uninsured/Underinsured Motorist protection within the contemplation of the Louisiana Uninsured Motorist Protection Act and Medical Payments Coverage; and, upon information and belief, defendant RAFAEL GARCIA was an underinsured driver for the damages suffered by petitioner and therefore petitioner ELWARD ROBERTS is entitled to the recovery of damages under the his policy issued by GEICO CASUALTY COMPANY.

WHEREFORE, petitioner ELWARD RBERTS prays that after due proceedings be had there be judgment herein and in his favor and against defendants PROGRESSIVE SELECT INSURANCE COMPANY, or in the alternative an affiliate thereof, RAFAEL GARCIA, and GEICO CASUALTY COMPANY, or in the alternative an affiliate thereof (as Uninsured Motorist insurer of ELWARD ROBERTS), in solido, for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid and for all costs and disbursements in bringing his causes, including the cost of filing this petition ($700.00) an amount which was paid to the Clerk of Court, 19th JDC, as well as any and all penalties, attorney fees, and any other damages allowed under Louisiana law.

Petitioner further prays for all full, further, general, and equitable relief warranted in his causes herein.

Respectfully Submitted:

FLETCHER, ROY & CHENEVERT, L.L.C.
660 Government Street
Baton Rouge, Louisiana 70802
Telephone (225) 888-8000

BY: _____
**RYAN J. CHENEVERT**
Bar Roll Number: 34485
**RALPH L. FLETCHER**
Bar Roll Number: 16917

## SERVICE INFORMATION

*Please serve:*

**PROGRESSIVE SELECT INSURANCE COMPANY**
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**RAFAEL GARCIA**
3433 Cardinal Place
Chipley, Florida 32428

**GEICO CASUALTY COMPANY**
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana 70809

| | |
|---|---|
| ELWARD ROBERTS | SUIT NO.:        SECTION |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| PROGRESSIVE SELECT INSURANCE COMPANY, ET AL | STATE OF LOUISIANA |

### REQUEST FOR NOTICES

To: Clerk of Court
     19th Judicial District Court

In accordance with Louisiana Code of Civil Procedure Article 1572, you are hereby requested to give us notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules, or the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by Louisiana Code of Civil Procedure Articles 1913 and 1914, including notice of judgment in the event this case is taken under advisement, or if the judgment is not signed at the conclusion of the trial.

Respectfully Submitted:

FLETCHER, ROY & CHENEVERT, LLC
660 Government Street
Baton Rouge, Louisiana 70802
Telephone (225) 888-8000

BY: _____
**RYAN J. CHENEVERT**
Bar Roll Number: 34485
**RALPH L. FLETCHER**
Bar Roll Number: 16917

# RETURN COPY



D4502712

## CITATION

ELWARD ROBERTS
(Plaintiff)

NUMBER C-697621   SEC. 23

VS

19th JUDICIAL DISTRICT COURT

PROGRESSIVE SELECT INSURANCE
COMPANY, ET AL
(Defendant)

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**TO:   GEICO CASUALTY COMPANY**
**       LOUISIANA SECRETARY OF STATE**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 7, 2020**.



*Belinda Bans*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CHENEVERT, RYAN**
**                      (225) 888-8000**

*The following documents are attached:
**PETITION FOR DAMAGES & REQ. FOR NOTICE**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____

I made service on the named party through the Office of the Secretary of State on JUL 1 4 2020 by tendering a copy of this document to KATHY DARDEN

SERVICE: $_____
MILEAGE $_____
TOTAL:   $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED
JUL 13 2020
EBR SHERIFF'S OFFICE

EAST BATON ROUGE PARISH C-697621
Filed Aug 05, 2020 10:44 AM
Deputy Clerk of Court
FAX Received Jul 28, 2020

ELWARD ROBERTS                     SUIT NO: 697621 DIVISION: 23

                                   19TH JUDICIAL DISTRICT COURT
VERSUS
                                   PARISH OF EAST BATON ROUGE
PROGRESSIVE SELECT
INSURANCE COMPANY, ET AL           STATE OF LOUISIANA

## ANSWER AND REQUEST FOR NOTICE

**NOW INTO COURT**, through undersigned counsel, comes defendant, GEICO Casualty (GEICO) and in answer to the Plaintiff's Petition for Damages responds as follows:

1.

GEICO denies each and every allegation of the plaintiff's petition except to admit the following:

a. Its status;

b. That a policy of insurance was issued. However, the policy is the best evidence of its contents, coverages, limitations, and exclusions, and is pled as if copied herein *in extenso*.

2.

**Request is hereby made for written notice of all hearing dates, trial dates and all other matters in the above-captioned proceeding and also for written notice of the signing of any order or judgment, all in accordance with the provisions of the Louisiana Code of Civil Procedure.**

**AND NOW**, further answering, GEICO, in its capacity as uninsured/underinsured motorist insurer, avers as follows:

3.

To the extent the evidence may so indicate, GEICO asserts that any damages proven by the plaintiff were not caused by an uninsured/underinsured motorist.

4.

To the extent the plaintiff proves damages related to the subject accident, which are denied for lack of sufficient information to justify a belief therein, GEICO pleads the applicability, to the full extent of the policy coverage, of any and all underlying insurance coverage prior to any coverage issued by GEICO being applied to satisfy said damages.

5.

To the extent the plaintiff proves damages related to the subject accident, which are denied for lack of sufficient information to justify a belief therein, GEICO pleads that it is entitled to a credit and/or offset for any sums paid to or on behalf of the plaintiff by any other insurer, person or entity and expressly pleads extinguishment in whole or in part of any obligation that may be found due to the plaintiff by GEICO to the full extent of any such payments.

6.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, GEICO specifically asserts the defense of comparative fault, comparative negligence and/or any type of fault recognized by law, and as such, bars the plaintiff's recovery in whole or in part for the damages asserted herein.

7.

To the extent the evidence may so indicate and in order to preserve the affirmative defense, GEICO specifically asserts that the plaintiff's injuries, to the extent any such injuries are proven at trial, were the result of a pre-existing medical condition and/or were the result of an aggravation of a pre-existing medical condition.

8.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, GEICO specifically asserts that the plaintiff has failed to properly mitigate damages.

9.

GEICO specifically reserves the right to plead any other affirmative defenses which, through discovery, may later reveal themselves to be applicable.

**WHEREFORE**, Defendant, prays that its answer be deemed good and sufficient and that after all delays are had there be judgment in its favor thereby dismissing Plaintiff's suit at his cost.

RESPECTFULLY SUBMITTED:

**Blake S. Leger, #32551**
Law Office of Jazmine A. Duarte
4000 South Sherwood Forest Boulevard
Suite 403
Baton Rouge, 225-368-1494 70816
Telephone: 225-368-1494
Telecopier: (225) 368-1395

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading was properly mailed or delivered to all counsel of record this 28TH day of July, 2020.

_____
**BLAKE S. LEGER**

**RETURN COPY**


D4502670

# CITATION

ELWARD ROBERTS
(Plaintiff)

NUMBER C-697621   SEC. 23

19th JUDICIAL DISTRICT COURT

VS

PROGRESSIVE SELECT INSURANCE
COMPANY, ET AL
(Defendant)

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   PROGRESSIVE SELECT INSURANCE COMPANY
      CT CORPORATION SYSTEM
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 7, 2020**.

*Belinda Baws*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CHENEVERT, RYAN**
                    **(225) 888-8000**

*The following documents are attached:
**PETITION FOR DAMAGES & REQ. FOR NOTICE**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____, his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____

SERVICE: $_____
MILEAGE $_____
TOTAL:   $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

*I made service on the name/his domicile, or anyone party through the*
☐ CT Corp
☐ LA Corp & Registered Agent Services
7:00 /s/
by tendering a copy of this document to
☐ Abby Sarmiento
☑ Ashley Minvielle
☐ Brenna Beauregard
☐ Allison Reed
JUL 28 2020
DEPUTY BRYAN SIMMONS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED
JUL 27 2020
E B R SHERIFF'S OFFICE